IN THE UNITED STATES DISTRICT COURT
**For The**
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:22-po-00191-01 |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| DEVIN W DRISCOLL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**  36 CFR § 2.35(c)

**Sentence Date:**  June 15, 2023

**Review Hearing Date:** April 18, 2024

**Probation Expires On:** June 15, 2024

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $250 which Total Amount is made up of a Fine: $ 210 Special Assessment: $10    Processing Fee: $ 30 Restitution: $

☒ Payment schedule of $ 25  per month by the 15th of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** The defendant shall attend and participate in mental health treatment, two sessions per month, a minimum of one hour each session while on probation; Defendant shall not enter or be upon any national park while on probation

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

Note: While the verification form does not capture Mr. Driscoll's full participation in mental health treatment, the parties are confident that Mr. Driscoll has complied in good faith with the Court's condition, that he has received at least 20 hours of treatment over the past 10 months (and likely more), and that he intends to continue to do so. (See attachments.)

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
☐ If not paid in full when was last time payment:     Date: Click here to enter a date.

☐ To date, Defendant has performed Click here to enter text.  hours of community service.

☐ Compliance with Other Conditions of Probation:


**GOVERNMENT POSITION:**

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  Jeffrey Spivak

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 4/18/2024 at 10 a.m. Choose an item.

   ☐ be continued to      at ;or

   ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED:  4/4/2024

/s/ Laura Myers_____
DEFENDANT'S COUNSEL

 /s/ Jeffrey Spivak_____
ASSISTANT UNITED STATES ATTORNEY

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated:  **April 5, 2024**

_____
UNITED STATES MAGISTRATE JUDGE